JS44
(Rev. 12/07)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFFS**

STEPHANIE KOLOKITHAS GEORGOPANOS

**DEFENDANTS**

LOWE'S HOME CENTERS, LLC

**(b)** COUNTY OF RESIDENCES OF FIRST LISTED PLAINTIFF **PA**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT **NC**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Keith J. Cohen, Esquire
LAW OFFICES OF KEITH J. COHEN, ESQUIRE, P.C.
585 Skippack Pike, Suite 200
Blue Bell, PA 19422
(267) 708-7700

ATTORNEYS (IF KNOWN)

JENNIFER M. HERRMANN, ESQUIRE
MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS, LLP
Centre Square, West Tower
1500 Market Street, Suite 4100
Philadelphia, PA 19102
(215) 735-7200

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)
(For Diversity Cases Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- X 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | X 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | X 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury -- Product Liability | ☐ 625 Drug Related Seizure of property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | | ☐ 370 Other Fraud | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | ☐ 861 HIA (1395FF) | ☐ 810 Selective Service |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | X 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410zation Act |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 864 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motion to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus | **IMMIGRATION** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodation | ☐ 530 General | ☐ 462 Naturalization Application | | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 463 Habeas Corpus – Alien Detainee | ☐ 871 IRS-- Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | | ☐ Civil Rights  ☐ 555 Prison Conditions | | | |

**V. ORIGIN** (PLACE AN x IN ONE BOX ONLY)

- ☐ 1. Original Proceeding
- X 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING (Do not cite jurisdictional statutes unless diversity):
Brief description of cause: Premises Liability - 28 U.S.C. §1332(A)(1) & 28 U.S.C. §1441(A)

**VII. REQUESTED IN COMPLAINT:**
CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND

Check YES only if demanded in complaint:
JURY DEMAND: X YES ☐ NO

**VIII. RELATED CASE(S)** (See Instructions):
IF ANY
Judge                    Docket Number

DATE: March 4, 2016

SIGNATURE OF ATTORNEY OF RECORD
JENNIFER M. HERRMANN, ESQUIRE

**FOR OFFICE USE ONLY**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CASE MANAGEMENT TRACK DESIGNATION FORM

| STEPHANIE KOLOKITHAS GEORGOPANOS | CIVIL ACTION |
|---|---|
| vs. | |
| LOWE'S HOME CENTERS, LLC | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus -- Cases brought under 28 U.S.C. 2241 through 2255.   ( )

(b) Social Security -- Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.   ( )

(c) Arbitration -- Cases required to be designated for arbitration under Local Civil Rule 53.2.   (X)

(d) Asbestos -- Cases involving claims for personal injury or property damage from exposure to asbestos.   ( )

(e) Special Management -- Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)   ( )

(f) Standard Management -- Cases that do not fall into any one of the other tracks.   ( )

DATE: March 4, 2016

JENNIFER M. HERRMANN, ESQUIRE
Attorney-at-Law      Attorney ID #315453

## UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA - DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 1427 Knox Road, Wynnewood, PA 19096

Address of Defendant: 1605 Curtis Bridge Road, Wilkesboro, North Carolina 28697

Place of Accident, Incident or Transaction: **1250 Cornerstone Blvd., Downingtown, PA 19018**

Does this case involve multidistrict litigation possibilities?   Yes ☐   No X

RELATED CASE IF ANY
Case Number: _____   Judge _____   Date Terminated: _____

Civil Cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐   No X
2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes ☐   No X
3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?   Yes ☐   No X
4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights Case filed by the same individual?   Yes ☐   No X

CIVIL: (Place X in ONE CATEGORY ONLY)

A. *Federal Question Cases:*

1. 9 Indemnity Contract, Marine Contract, and All
2. 9 FELA
3. 9 Jones Act-Personal Injury
4. 9 Antitrust
5. 9 Patent
6. 9 Labor-Management Relations
7. 9 Civil Rights
8. 9 Habeas Corpus
9. 9 Securities Act(s) Cases
10. 9 Social Security Review Cases
11. 9 All Other Federal Question Cases
    (Please specify)

B. *Diversity Jurisdiction Cases:*

1. 9 Insurance Contract and Other Contracts
2. 9 Airplane Personal Injury
3. 9 Assault, Defamation
4. 9 Marine Personal Injury
5. 9 Motor Vehicle Personal Injury
6. X Other Personal Injury (Please specify) – Slip and fall
7. 9 Products Liability
8. 9 Products Liability - Asbestos
9. 9 All other Diversity Cases
    (Please specify)

### ARBITRATION CERTIFICATION
*(Check appropriate Category)*

I, JENNIFER M. HERRMANN, ESQUIRE, counsel of record do hereby certify:

    9 Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

    9 Relief other than monetary damages is sought.

DATE: March 4, 2016   _____
JENNIFER M. HERRMANN, ESQUIRE
Attorney-at-Law   Attorney ID # 315453

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this curt except as noted above.

DATE: March 4, 2016   _____
JENNIFER M. HERRMANN, ESQUIRE
Attorney-at-Law   Attorney ID # 315453

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHANIE KOLOKITHAS GEORGOPANOS<br><br>vs.<br><br>LOWE'S HOME CENTERS, LLC | CIVIL ACTION<br><br>NO. |

### PETITION FOR REMOVAL

TO: THE HONORABLE JUDGES OF THE DISTRICT COURT FOR EASTERN DISTRICT OF PENNSYLVANIA

As removing party Defendant, LOWE'S HOME CENTERS, LLC, files this Notice of Removal of the above-captioned matter from the Court of Common Pleas, Philadelphia County, the Court in which it is now pending to the United States District Court for the Eastern District of Pennsylvania. In support thereof, Defendant avers as follows:

1. This action was commenced by way of Complaint filed in the Court of Common Pleas, Philadelphia County on or about February 2, 2016, and docketed as No. 160200350. (A true and correct copy of Plaintiff's Complaint is attached hereto and marked as Exhibit "A").

2. By Stipulation filed on 2/26/2016, the name of the Defendant, Lowe's Home Centers, Inc. was removed from the caption and Complaint and replaced with "Lowe's Home Centers, LLC." (A true and correct copy of said Stipulation is attached hereto and marked as Exhibit "B").

3. This notice is timely, having been filed within thirty (30) days of Plaintiff having filed the Complaint.

4. Defendant was serve with the Complaint on February 4, 2016. (A true and correct copy of the Affidavit of Service is attached hereto and marked as Exhibit "C").

5. At the time this action was commenced and continuing to the present, Defendant, LOWE'S HOME CENTERS, LLC, is a limited liability company organized under the laws of the State of North Carolina, having its principal place of business in North Carolina, and operating stores in Pennsylvania.

6. Based upon the allegations in the Complaint, at the time this action was commenced and continuing to the present, Plaintiff, Stephanie Kolokithas Georgopanos, is a citizen of the Commonwealth of Pennsylvania.

7. Moving Defendant believes and therefore avers that the amount in controversy, based upon the allegations in the Complaint, will exceed the jurisdictional amounts required for jurisdiction to exist in District Court, exclusive of interest and costs.

8. This action is removable from State Court to this Court based upon diversity of citizenship pursuant to 28 U.S.C. §1332(a)(1) and 28 U.S.C. §1441(a).

9. This Court has full and exclusive jurisdiction over this.

WHEREFORE, moving Defendant, LOWE'S HOME CENTERS, LLC, respectfully requests that the above-captioned action be removed from the Court of Common Pleas, Philadelphia County to the District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

**MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS**

BY: _____
JENNIFER M. HERRMANN, ESQUIRE
Attorney for Defendant, LOWE'S HOME CENTERS, LLC
Centre Square, West Tower
1500 Market Street
Suite 4100
Philadelphia, PA 19102
(215) 735-7200
**MSZL&M File No. 003830.000085**

## CERTIFICATE OF SERVICE

I, JENNIFER M. HERRMANN, ESQUIRE, do hereby certify that a true and correct copy of the within **PETITION FOR REMOVAL** was forwarded by First Class Mail, postage pre-paid on the 4th day of March, 2016 as follows:

Keith J. Cohen, Esquire
LAW OFFICES OF KEITH J. COHEN, ESQUIRE, P.C.
585 Skippack Pike, Suite 200
Blue Bell, PA 19422

_____
JENNIFER M. HERRMANN, ESQUIRE

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**FEBRUARY 2016**

E-Filing Number: 1602004972

**000350**

| | |
|---|---|
| **PLAINTIFF'S NAME** STEPHANIE KOLOKITHAS GEORGOPANOS | **DEFENDANT'S NAME** LOWE'S HOME CENTERS, LLC |
| **PLAINTIFF'S ADDRESS** 1427 KNOX ROAD WYNNEWOOD PA 19096 | **DEFENDANT'S ADDRESS** 2106 SOUTH COLUMBUS BOULEVARD PHILADELPHIA PA 19148 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** LOWE'S HOME CENTERS, INC. |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** HIGHWAY 268 EAST - EAST DOCK NORTH WILKESBORO NC 28659 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 2 | [X] Complaint  [ ] Petition Action  [ ] Notice of Appeal  [ ] Writ of Summons  [ ] Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS |
|---|---|
| [ ] $50,000.00 or less [X] More than $50,000.00 | [ ] Arbitration  [ ] Mass Tort  [ ] Commerce  [ ] Settlement [X] Jury  [ ] Savings Action  [ ] Minor Court Appeal  [ ] Minors [ ] Non-Jury  [ ] Petition  [ ] Statutory Appeals  [ ] W/D/Survival [ ] Other: |

**CASE TYPE AND CODE**
25 - PREMISES LIABILITY, SLIP/FALL

**STATUTORY BASIS FOR CAUSE OF ACTION**

**RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)**

FILED
PRO PROTHY
FEB 02 2016
M. BRYANT

IS CASE SUBJECT TO COORDINATION ORDER?
YES    NO

**TO THE PROTHONOTARY:**
Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: STEPHANIE KOLOKITHAS GEORGOPANOS
Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY KEITH J. COHEN | ADDRESS OFFICE COURT AT BLUE BELL 585 SKIPPACK PIKE, SUITE 200 BLUE BELL PA 19422 |
|---|---|
| PHONE NUMBER (267) 708-7700 | FAX NUMBER (267) 708-7701 |
| SUPREME COURT IDENTIFICATION NO. 43561 | E-MAIL ADDRESS kjc@keithcohenlaw.com |
| SIGNATURE OF FILING ATTORNEY OR PARTY KEITH COHEN | DATE SUBMITTED Tuesday, February 02, 2016, 12:30 pm |

FINAL                                    (Clerk)

**EXHIBIT A**

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
COURT OF COMMON PLEAS OF PHILADELPHIA

Filed and Attested by the
Office of Judicial Records

| | |
|---|---|
| STEPHANIE KOLOKITHAS GEORGOPANOS; | |
| Plaintiff, | CASE NO. |
| v. | |
| LOWE'S HOME CENTERS, LLC | |
| and | CIVIL ACTION AT LAW |
| LOWE'S HOME CENTERS, INC. | |
| Defendants. | |

## NOTICE TO DEFEND

### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint of for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.

Philadelphia Bar Association
Lawyer Referral
and Information Service
One Reading Center
Philadelphia, Pennsylvania 19107
(215) 238-6333
TTY (215) 451-6197

### AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decider a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiodades u otros derechos importantes para usted.

Lleve esta demanda a un abogado immediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.

Asociacion De Licenciados
De Filadelfia
Servicio De Referencia E
Informacion Legal
One Reading Center
Filadelfia, Pennsylvania 19107
(215) 238-6333
TTY (215) 451-6197

10-284

Case ID: 160200350

Law Offices of Keith J. Cohen, Esquire, P.C.
By: Keith J. Cohen, Esquire
Attorney I. D. No. 43561
585 Skippack Pike, Suite 200
Blue Bell, PA 19422
(267) 708-7700
EMAIL: kjc@keithcohenlaw.com



Attorney for Plaintiff,
Stephanie Kolokithas Georgopanos

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, PENNSYLVANIA

| | |
|---|---|
| STEPHANIE KOLOKITHAS GEORGOPANOS<br>1427 Knox Road<br>Wynnewood, PA 19096<br><br>  Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC<br>2106 South Columbus Boulevard<br>Philadelphia, PA 19148<br><br>and<br><br>LOWE'S HOME CENTERS, INC.<br>Highway 268 East - East Dock<br>North Wilkesboro, NC 28659,<br><br>  Defendants. | :<br>:<br>:<br>:<br>:<br>: CASE NO.<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: CIVIL ACTION AT LAW<br>:<br>:<br>: |

## CIVIL ACTION COMPLAINT

### PREMISES LIABILITY

1. Plaintiff, Stephanie Kolokithas Georgopanos, (hereinafter referred to as "Plaintiff") is an adult individual and citizen of the Commonwealth of Pennsylvania, currently residing at 1427 Knox Road, Wynnewood, Pennsylvania 19096.

2. Defendant, Lowe's Home Centers, LLC, (hereinafter referred to as "Defendant Lowe's LLC"), upon information and reasonable belief, is a corporation organized and existing under the laws of a state other than the Commonwealth of Pennsylvania which regularly and

- 1 -

Case ID: 160200350

continuously conducts business in the City of Philadelphia, County of Philadelphia and Commonwealth of Pennsylvania with an address for service of process at 2106 South Columbus Boulevard, Philadelphia, Pennsylvania 19148.

3. Defendant, Lowe's Home Centers, INC., (hereinafter referred to as "Defendant Lowe's INC."), upon information and reasonable belief, is a corporation organized and existing under the laws of a state other than the Commonwealth of Pennsylvania which regularly and continuously conducts business in the City of Philadelphia, County of Philadelphia and Commonwealth of Pennsylvania with an address for service of process at 2106 South Columbus Boulevard, Philadelphia, Pennsylvania 19148.

4. At all times material hereto, Defendant Lowe's LLC operated, maintained, and/or controlled a home improvement store identified as Lowe's Home Improvement Center located at 1250 Cornerstone Boulevard, Downingtown, Pennsylvania 19018 and exercised exclusive possession, supervision and/or control over the interior and exterior of said premises, including, but not limited to, the outside parking lot, sidewalk, walkway, and/or entranceway for use by store patrons.

5. At all times material hereto, Defendant Lowe's INC. owned and possessed the real estate where the Lowe's Home Improvement Center was located at 1250 Cornerstone Boulevard, Downingtown, Pennsylvania 19018 and was acting and/or failed to act by and through its agents, servants, work persons, and/or employees, within the course and scope of their employment and/or agency.

6. At all times material hereto, Defendants were acting and/or failed to act by and through their agents, servants, work persons, and/or employees, within the course and scope of their employment and/or agency.

7.  At all times material hereto, Defendants had a duty and/or responsibility to maintain, operate and/or control the aforesaid premises and perform their statutory and common law duties in a proper and safe condition so as not to constitute a menace, danger, nuisance, snare and/or trap for business invitees such as Plaintiff who were lawfully and properly upon said premises.

8.  On or about February 21, 2014, Plaintiff was a customer who was lawfully and properly upon Defendants' premises when she was caused to slip and fall by reason of a dangerous and hazardous condition in the form of snow and ice on the parking lot surface and its adjoining areas that caused her to sustain serious and permanent personal injuries, the extent of which will be outlined further herein.

9.  On the date and time as aforesaid, Defendants, by and through their agents, servants, work persons, and/or employees permitted said premises to be and remain in said dangerous condition, of which Defendants knew and/or should have known existed at the time of said accident.

10. The carelessness and negligence of Defendants consisted, *inter alia*, of the following:

  (a)  failing to properly and adequately maintain the property where Plaintiff was caused to suffer injuries;

  (b)  causing and/or permitting to exist on the premises a defective and hazardous condition;

  (c)  failing to properly and adequately maintain the property so as to prevent the hazardous and dangerous condition in, on, and about said premises;

  (d)  failing to warn persons lawfully on the premises of said dangerous and hazardous condition;

  (e)  causing and/or permitting a dangerous and hazardous condition to exist which Defendants knew and/or should have known created an unreasonable risk of

- 3 -

Case ID: 160200350

    harm to Plaintiff and others;

(f)   failing to warn invitees of the dangerous and hazardous condition in and on the said premises;

(g)   causing, allowing, and permitting to exist the dangerous and hazardous condition so as to constitute a menace, danger, nuisance, and/or trap to invitees such as Plaintiff;

(h)   failing to properly and adequately maintain the parking lot and adjoining areas so that they are safe for business invitees such as Plaintiff;

(i)   failing to clear the parking lot and its adjoining areas of snow and ice that it knew and/or should have known would constitute a danger to business invitees such as Plaintiff;

(j)   permitting and/or failing to prevent business invitees from using said premises which contained the said dangerous and hazardous condition;

(k)   failing to properly inspect the premises for dangerous and hazardous conditions;

(l)   otherwise failing to exercise due care and failing to protect the rights and safety of Plaintiff;

(m)   creating and permitting to exist a foreseeable risk of harm to business invitees such as Plaintiff;

(n)   failing to make said premises reasonably safe;

(o)   failing to properly perform their statutory and common law duties; and

(p)   other violations of the laws of the Commonwealth of Pennsylvania and the ordinances of the local municipality.

11.   Due to all of the foregoing, Plaintiff suffered severe and disabling injuries to her back, buttocks, legs and body; skin, muscles, tendons, ligaments, nerves, and tissues of her back, buttocks, legs and body; including, but not limited to, herniated lumbar disc with myelopathy, S1 radiculopathy on the left, S1 myeloradiculopathy, bilateral mid back pain, intervertebral disc disorder with myelopathy requiring L5-S1 microdiskectomy, degenerative disc disease at L5-S1

- 4 -

Case ID: 160200350

with lateral recess stenosis on the left and signal and played changes on the inferior and superior end plates of L5 and S1, cauda equina syndrome, joint tenderness, spasms, nervous shock, aggravation and/or exacerbation of all known and unknown pre-existing medical conditions, serious impairment of bodily functions, severe aches, pains, mental anxiety and anguish and severe shock to her entire nervous system and other injuries, the full extent of which is not yet known.

12.     As a result of the aforesaid occurrence, Plaintiff has been compelled in order to effectuate a cure for the aforesaid injuries, to expend large sums of money for medicine and medical attention and may be required to do so for an indefinite period of time in the future, all to her great detriment and loss.

13.     As a direct and proximate result of the carelessness and negligence of Defendants as described in the foregoing paragraphs, Plaintiff has been disabled in the past and may continue to be disabled in the future from performing her usual duties, occupations, and avocations with a consequent loss of earnings, earning power and earning potential, all to her great personal and financial detriment and loss.

14.     Due to all the foregoing, Plaintiff has suffered physical pain, mental anguish and humiliation, disfigurement and scarring, and loss of life's pleasures and may continue to suffer same for an indefinite period of time in the future.

**WHEREFORE**, Plaintiff, Stephanie Kolokithas Georgopanos , demands damages of Defendants, in a sum in excess of Fifty Thousand Dollars ($50,000.00), together with the costs and disbursements of this action and delay damages.

- 5 -

Case ID: 160200350

LAW OFFICES OF KEITH J. COHEN, ESQUIRE, P.C.

BY: _____
Keith J. Cohen, Esquire
Attorney for Plaintiff,
Stephanie Kolokithas Georgopanos

Date: January 30, 2015

- 6 -

Case ID: 160200350

## VERIFICATION

I, Stephanie Kolokithas Georgopanos, Plaintiff in the above captioned matter, verify that the facts alleged in Plaintiff's Civil Action Complaint are true and correct to the best of my knowledge, information and belief. The undersigned understands that false statements made herein are subject to the penalties of 18 PA.C.S. Section 4904 relating to unsworn falsification to authorities.

_____
Stephanie Kolokithas Georgopanos

DATED: 1-31-15

Case ID: 160200350

MINTZER, SAROWITZ, ZERIS,
LEDVA & MEYERS, LLP
BY: JENNIFER M. HERRMANN,
ESQUIRE
Attorney I.D. No. 315453
Centre Square, West Tower
1500 Market Street
Suite 4100
Philadelphia, PA 19102
(215) 735-7200
MSZL&M File No. 003830.000085

Filed and Attested by the
Office of Judicial Records
26 FEB 2016 12:01 pm
J. OSTROWSKI

Attorney for Defendant,
LOWE'S HOME CENTERS, LLC (i/d/a
LOWE'S HOME CENTERS, INC.)

| | |
|---|---|
| STEPHANIE KOLOKITHAS GEORGOPANOS | COURT OF COMMON PLEAS PHILADELPHIA COUNTY |
| vs. | NO. 160200350 |
| LOWE'S HOME CENTERS, LLC AND LOWE'S HOME CENTERS, INC. | |

## STIPULATION

It is hereby stipulated by and between counsel that the defendant has been improperly identified in the Complaint and caption. Therefore, the name of the defendant "LOWE'S HOME CENTERS, INC." is removed from the caption and Complaint and replaced with "LOWE'S HOME CENTERS, LLC".

LAW OFFICES OF KEITH J. COHEN,
ESQUIRE, P.C.

BY: _____
KEITH J. COHEN, ESQUIRE
Attorney for Plaintiff,

MINTZER, SAROWITZ, ZERIS,
LEDVA & MEYERS, LLP

BY: _____
JENNIFER M. HERRMANN, ESQUIRE
Attorney for Defendant, LOWE'S HOME
CENTERS, LLC (i/d/a LOWE'S HOME
CENTERS, INC.)

BY THE COURT:

_____ J.



EXHIBIT B

Case ID: 160200350

## AFFIDAVIT OF SERVICE

**CAPTION:**

STEPHANIE KOLOKITHAS, et al

VS.

LOWES HOME CENTERS, LLC, et al

COURT NUMBER:

*Filed and Attested by the Judicial Records*
*06 FEB 2016 09:51 am*
*C. MALVESTUTO*

Philadelphia County Court
February Term No. 16-000350

**COMMONWEALTH OF PENNSYLVANIA**
**COUNTY OF MONTGOMERY**

I, Brian Sweet hereby depose and state that on February 04, 2016 at 11:50 am, I hand delivered the following documents regarding the above captioned matter upon the defendant identified as **LOWE'S HOME CENTERS, LLC**

- Civil Action Complaint

Service of these documents was made upon Lowe's Home Centers, LLC at the address of 2106 South Columbus Boulevard Philadelphia, PA 19148. The documents were accepted by an employee identified as Maggie, Customer Service Supervisor. Maggie was made aware that these documents were civil court documents regarding the above captioned matter.

Brian W. Sweet

Being duly sworn according to law, deposes and states that he is a licensed Investigator in The Commonwealth of Pennsylvania, (License# MD-2102-2007); and that the facts herein set forth above are true and correct.

Law Office:
Keith J. Cohen, Esquire
Office Court at Blue Bell
585 Skippack Pike, Suite 200
Keith J. Cohen, Esquire ID# 43561
(267) 708-7701

Sworn and Subscribed
before me on this day
February 4, 2016

Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Jane M. Lafferty, Notary Public
Lower Salford Twp., Montgomery County
My Commission Expires Dec. 12, 2017
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES



EXHIBIT C

Case ID: 160200350